# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

In Re:        Glenn A. Dunmore,         )
              Lela A. Dunmore-Hill,     )        Case No. 11-41650-jwv-13
                                        )
              Debtors,                  )

## MOTION TO DISMISS CASE UNDER SECTION 1307(b)

COME NOW debtors, by and through their attorney, in the above styled action, and state as follows:

1. Debtors no longer desire to continue in this Chapter 13 bankruptcy.

2. Employment problems have made continuation in this Chapter 13 case impractical.

3. This Chapter 13 case has not been converted to Chapter 13 from another chapter of the Bankruptcy Code.

4. There are no agreements between debtors and any creditors in connection with this motion or the case.

5. Under section 1307(b) of the Bankruptcy Code, the debtor is entitled to have this Chapter 13 case dismissed at any time, and the debtors, by this motion, respectfully request that such case and proceedings be dismissed without prejudice and the estate be closed as soon as practicable.

WHEREFORE the debtors move this honorable court to enter an order dismissing this case and closing the estate as soon as practicable.

/s/Michael J. McVay_____
Michael J. McVay, #47357
4049 Pennsylvania Ave., Ste. 100
Kansas City, MO 64111
(816) 753-2505/Fax 753-2524
ATTORNEY FOR DEBTORS